1  Mark L. Javitch (CA SBN 323729)
   Javitch Law Office
2  480 S. Ellsworth Ave.
   San Mateo, CA 94401
3  Telephone: 650-781-8000
   Facsimile: 650-648-0705
4  mark@javitchgroup.com
5  *Attorney for Plaintiff*

6
7
8
9              UNITED STATES DISTRICT COURT
10                  DISTRICT OF NEBRASKA
11

12 | REGAN SMITH | Case No.: 8:19-cv-00259-LSC-MDN
13 |     Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS**
14 | v. |
15 | AFFORDABLE AUTOMOTIVE SOLUTION, et. al. |
16 |     Defendants. |

17   Plaintiff REGAN SMITH, by and through its attorney, pursuant to Federal Rule of Civil
18  Procedure 41(a)(1)(A)(i), hereby gives notice that it is voluntarily dismissing all Defendants without
19  prejudice, with each side bearing its own costs and attorney's fees.  The dismissal shall convert to a
20  dismissal with prejudice in 30 (thirty) days.
21
22
23  Dated: October 2, 2019
24
25
                                    Respectfully submitted,
26
                                    PLAINTIFF REGAN SMITH
27
                                    1
28
                                                        8:19-cv-00259-LSC-MDN

1
2
3
4
5
6

By: /s/ Mark L. Javitch          .
Mark L. Javitch (SBN 323729)
Mark L. Javitch, Attorney at Law
480 S. Ellsworth Ave
San Mateo CA 94401
Tel: 650-781-8000
Fax: 650-648-0705
*Attorney for Plaintiff*
*Admitted Pro Hac Vice*